UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AHMED HUSAIN ZUBAIR,

                  Plaintiff,

        -against-

BANK OF AMERICA, et al.,

                  Defendants.

20-CV-1308 (CM)

ORDER OF DISMISSAL

COLLEEN McMAHON, Chief United States District Judge:

By order dated February 24, 2020, the Court directed Plaintiff, within thirty days, to resubmit the signature page of the complaint with an original signature, and either pay the $400.00 in filing fees that are required to file a civil action in this Court or submit a completed amended request to proceed *in forma pauperis* ("amended IFP application"). That order specified that failure to comply would result in dismissal of the complaint. On March 9, 2020, Plaintiff submitted a signed signature page, but he has not paid the fees or filed an amended IFP application. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: April 27, 2020
       New York, New York

                                        COLLEEN McMAHON
                                   Chief United States District Judge