UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AHMED HUSAIN ZUBAIR,<br><br>                         Plaintiff,<br><br>          -against-<br><br>BANK OF AMERICA, et al.,<br><br>                        Defendants. | 20-CV-1308 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued April 27, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed amended request to proceed *in forma pauperis* or pay the $400.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated: April 27, 2020
         New York, New York

                                                        COLLEEN McMAHON
                                           Chief United States District Judge