UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AHMED HUSAIN ZUBAIR,

                      Plaintiff,

        -against-

BANK OF AMERICA, et al.,

                      Defendants.

20-CV-1308 (LLS)

CIVIL JUDGMENT

    Pursuant to the order issued July 28, 2020, dismissing the complaint,

    IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed for failure to state a claim, and for lack of jurisdiction under Rule 12(h)(3) of the Federal Rules of Civil Procedure.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   July 29, 2020
             New York, New York

                                                  Louis L. Stanton
                                                     U.S.D.J.